IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

IN RE:
TERRY L. RILEY
SANDRA F. RILEY
    Debtors

CASE NO: 09-73082
CHAPTER 13

## ORDER DISMISSING CHAPTER 13 CASE

On the date set forth below the Motion for Dismissal of the above-captioned Chapter 13 Bankruptcy case filed voluntarily by the Debtors came before this Court for consideration pursuant to 11 U.S.C. 1307(b).

After a review of this file, the Court finds that this case has not been converted under 11 U.S.C. Section 706, Section 1112 or Section 1208.

IT IS THERFORE ORDERED THAT:

The Debtors' Motion To Dismiss is hereby granted and the above-referenced case be and the same is hereby dismissed.

*/s/ Ben Barry*

HONORABLE BEN T. BARRY
U.S. BANKRUPTCY JUDGE

DATE: November 12, 2009

EOD 11/12/2009
by L Stanley

COPIES TO:

Hon. Charles Tucker
Office of United States Trustee
Bank of America Building
200 West Capitol, Suite 1200
Little Rock  AR  72201

Hon. Joyce Bradley Babin
Standing Chapter 13 Trustee
P O Box 8064
Little Rock  AR  72203-8064

Lee Kuykendall
Attorney at Law
P O Box 184
Fort Smith  AR  72902